UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HECTOR WATSON,

                    Plaintiff,

        -against-

RIKERS ISLAND MAIN MEDICAL
FACILITIES – NORTH INFIRMARY
COMMAND.,

                  Defendant.

26 CIVIL 003032 (LTS)

## CIVIL JUDGMENT

For the reasons stated in the May 22, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

        SO ORDERED.

Dated:    May 27, 2026
           New York, New York

                        /s/ Laura Taylor Swain
                        LAURA TAYLOR SWAIN
                Chief United States District Judge